UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MATHESON and MICHAEL SLY, individually, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GAMESTOP, INC., a Minnesota Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 12-CV-01812-LAB-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR ADDITIONAL 90-DAY STAY OF ALL PROCEEDINGS** |

Based on the joint motion of the parties, and good cause having been shown, this case will be stayed for an additional 90 days pending the outcome of the motion for preliminary approval of settlement in the related case *Lusby v. GameStop, Inc., et al.*, No. 12-CV-3783-HRL (N.D. Cal.).

IT IS SO ORDERED.

Dated: January 23, 2013

By  *[signature]*
LARRY ALAN BURNS
United States District Judge

1